UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENROY VIGO,

                Petitioner,

-against-

ALEJANDRO MAYORKAS,

                Respondent.

22-CV-2649 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued April 15, 2022, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is denied insofar as Petitioner challenges his detention and dismissed for lack of jurisdiction insofar as Petitioner challenges his order of removal. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 15, 2022
          New York, New York

                                               /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                             Chief United States District Judge